■ In the Matter of ANGELA ARNOLD, Appellant, v DALE A. SAMPSON, JR., Respondent. [778 NYS2d 401]—Appeal from an order of the Family Court, Wyoming County (Michael F. Griffith, J.), entered November 27, 2002. The order awarded custody of the child to respondent-petitioner and visitation to petitioner-respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Green, J.P., Pine, Scudder, Martoche and Hayes, JJ.